**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LARRY WAYNE TOLLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 06-627-GPM |
| ) | |
| STATE OF ILLINOIS, ROD R. ) | |
| BLAGOJEVICH, LISA MADIGAN, JESSE ) | |
| WHITE, JUDY BAAR TOPINKA, DANIEL ) | |
| W. HYNES, ROBERT R. THOMAS, ) | |
| COUNTY OF ST. CLAIR, ILLINOIS, ) | |
| MARK KERN, C. BARNEY METZ, ELLEN ) | |
| A. DAUBER, OFFICER MUELLER, ) | |
| VILLAGE OF SHILOH, OFFICER ) | |
| STAUDENMAIER, MEARLE L. JUSTUS, ) | |
| VINCENT J. LOPINOT, SHERIFF S. ) | |
| WRIGHT, BRIAN BABKA, DOES 1 ) | |
| THROUGH 4000, FAIRVIEW HEIGHTS, ) | |
| ILLINOIS, POLICE DEPARTMENT, ) | |
| EMMET A. FAIRFIELD, MONICA J. ) | |
| SPURLING, PATRICK LONDRIGAN, ) | |
| PATRICK QUINN, L. HURST, VICTORIA ) | |
| VASILEFF, MICHAEL HICKEY, DANIEL ) | |
| J. CUNEO, ILLINOIS STATE BAR ) | |
| ASSOCIATION, ROBERT B. HAIDA, ) | |
| NORMAN FORSHEE, ANTHONY P. ) | |
| LIBRI, JR., AMERICAN BAR ) | |
| ASSOCIATION, BROWN, HAY, AND ) | |
| STEPHENS, UNITED COMMUNITY ) | |
| BANK, PATRICK QUINN, ) | |
| COMMISSIONER BANKING AND REAL ) | |
| ESTATE, and DOUGLAS GRUENKE, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on motions to dismiss

filed by numerous Defendants.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order dated December 20, 2006, the motions to dismiss are granted, and all claims in this action are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are awarded their costs.

**DATED**:  12/20/06

                                          NORBERT G. JAWORSKI, CLERK

                                          By: s/ Linda M. Cook
                                                  Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                  G. PATRICK MURPHY
                  CHIEF U.S. DISTRICT JUDGE